THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis S. Martin,       
Appellant.
 
 
 

Appeal From Anderson County
Wyatt T. Saunders, Jr, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-681
Submitted September 17, 2003  Filed 
 November 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of 
 Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox
Legal Counsel Tommy Evans, Jr. Legal Counsel J. Benjamin Aplin, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Travis S. Martin, 
 was sentenced to three years, suspended upon service of ninety days with one 
 year of probation, for failure to stop when signaled.  Following a probation 
 revocation hearing, the court revoked Martins suspended sentence in full.  
 We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition 
 to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.